# COVINGTON & BURLING

1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

NEW YORK
WASHINGTON
SAN FRANCISCO
LONDON
BRUSSELS

*A single reply of up to 30 pages is authorized.*

5/17/06

s/Raymond Dearie

May 16, 2006

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2006 ★

BROOKLYN OFFICE**

*BY ELECTRONIC CASE FILING AND HAND DELIVERY*

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:  *Barkley v. Olympia Mortgage Co., et al.*, 04-CV-875 (RJD) (KAM)
*Lodge v. United Homes, LLC, et al.*, 05-CV-187 (RJD) (KAM)
*Mathis v. United Homes, LLC, et al.*, 05-CV-4386 (RJD) (KAM)
*Gibbons v. United Homes, LLC, et al.*, 05-CV-5302 (RJD) (KAM)
*McDale v. United Homes, LLC, et al.*, 05-CV-5362 (RJD) (KAM)
*Washington v. United Homes, LLC, et al.*, 05-CV-5679 (RJD) (KAM)

Dear Judge Dearie:

We represent defendants United Homes, LLC, United Property Group, LLC, Galit Network, LLC, and Yaron Herscho (collectively the "UH Defendants") in the above-referenced matters. I write concerning the page limit of a reply memorandum of law to be served and filed by the UH Defendants on May 19, 2006.

As Your Honor is aware, the UH Defendants have moved to dismiss the complaints in each of the six cases listed above. With the permission of this Court, plaintiffs recently served a 58-page memorandum of law in opposition to the motions to dismiss of the UH Defendants and other parties. Plaintiffs' brief addresses 11 separate legal arguments relevant to the UH Defendants' motion alone. I write to respectfully request that Your Honor permit the UH Defendants to file a reply memorandum of law of up to 30 pages in length in response to plaintiffs' opposition brief.

I thank Your Honor for your consideration of this request.

Respectfully,

Alan Vinegrad

cc:  Counsel of Record and *pro se* defendants (by electronic mail)